**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Application of

FW Deep Value Opportunities Fund I, LLC,

Petitioner, for an Order Pursuant to 28 U.S.C.
§ 1782 to Conduct Discovery for Use in a Foreign
Proceeding.

Case No. 26 Misc. 294 (PAE)

**ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28
U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING**

This matter came before the Court upon the application of FW Deep Value Opportunities

Fund I, LLC ("Petitioner") for an Order authorizing Petitioner to obtain certain limited discovery

under 28 U.S.C. § 1782 (the "Application").

The Court having considered the Application and the supporting Memorandum of Law, the

Declaration of Dr. Heinz-Peter Mansel, with exhibit, and the Declaration of Fletcher Strong, with

exhibits,

IT IS HEREBY ORDERED THAT:

1.      The Application is GRANTED.

2.      Petitioner is authorized to take discovery from each Respondent by issuing a

subpoena for a deposition and the production of documents substantially in the form attached to

the Strong Declaration as Exhibit A (the "Subpoena"), together with a copy of this Order.

3.      Each Respondent shall appear for a deposition and produce the requested

documents within thirty (30) days of service of the Subpoena and this Order, or such other dates

as agreed between the parties, in conformity with the Federal Rules of Civil Procedure (the

"Federal Rules") and the Local Rules of the United States District Court for the Southern District

of New York (the "Local Rules"). Any objections by a Respondent to the Subpoena shall be served within fourteen (14) days after service upon that Respondent.

4.      The Court shall retain jurisdiction over this matter for the purpose of enforcing this Order and assessing any supplemental request for discovery assistance that may be requested by Petitioner.

DATED this 19th day of June 2026.

_Paul A. Engelmayer_
United States District Court Judge